IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 19-00116-01-CR-W-HFS |
| COURTNEAY D. RACY, | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION
<u>CONCERNING PLEA OF GUILTY</u>

Defendant Courtneay D. Racy appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) to Count One of the Indictment charging him with a violation of 18 U.S.C. § 1951(a), that is, conspiracy to commit Hobbs Act robbery; Counts Two and Four of the Indictment each charging him with Hobbs Act robbery, in violation of 18 U.S.C. § 1951(a); and to Counts Three and Five of the Indictment charging him with brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(ii). The Plea Agreement states that the Government agrees to dismiss Counts Six through Eleven of the Indictment at the time of sentencing. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Courtneay D. Racy's plea of guilty be accepted and that

defendant Racy be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge