IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00116-CR-W-HFS |
| COURTNEAY D. RACY | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on September 24, 2020, before Magistrate
Judge Lajuana M. Counts, defendant entered a plea of guilty pursuant to
Fed.R.Crim.P. 11(c)(1)(A) to Count One of the Indictment charging him with a
violation of 18 U.S.C. § 1951(a), that is, conspiracy to commit Hobbs Act robbery;
Counts Two and Four of the Indictment each charging him with Hobbs Act
robbery, in violation of 18 U.S.C. § 1951(a); and to Counts Three and Five of the
Indictment charging him with brandishing a firearm during and in relation to a
crime of violence, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(ii).

Judge Counts noted that the Plea Agreement stated that the Government agreed to dismiss Counts Six through Eleven of the Indictment at the time of sentencing.

In a Report and Recommendation dated September 24, 2020 (Doc. 29), Judge Counts determined that the guilty plea was knowledgeable and voluntary and that the offenses charged were supported by an independent basis in fact containing each of the essential elements of such offenses.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 29) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

s/ HOWARD F. SACHS
HOWARD F. SACHS
United States District Judge

Dated:  October 22, 2020
Kansas City, Missouri